

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00206-CV

| | | |
|---|---|---|
| PAMELA JIMISON, Appellant | § | On Appeal from County Court at Law No. 1 |
| v. | § | of Tarrant County (2023-002802-1) |
| | § | July 3, 2024 |
| MAEDC-HULEN BEND SENIOR COMMUNITY, L.P., Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case. Based on mootness, we dismiss the portion of Appellant's appeal complaining that the trial court declined to hear any affirmative claim for damages that she may have had relating to "elder abuse." We hold that there was no error in the trial court's judgment, and it is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack